IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

FILED
DEC 17 2020
Clerk, U.S. District Court
By: _____ Deputy Clerk

Peter James Dawson )
_____ )
_____ )
(Enter above the full name of Plaintiff(s)) )
)
vs. )
)
Home Depot ) Case Number: 20-4085-KHV-ADM
Name ) (To be assigned by Clerk)
)
5000 SW Wenger Drive )
Street and number )
)
Topeka KS 66609 )
City State Zip Code )

(Enter above the full name and address of
Defendant in this action - list the name and address
of any additional Defendants on the back side of
this sheet.)

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This employment discrimination lawsuit is based on (check only those that apply):

    [ ] Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin.
    **NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

    [X] Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older).
    **NOTE**: *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

    [X] American with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability.
    **NOTE**: *In order to bring suit in federal district court under the American with*

1

*Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

☑ Other (Describe)

Retaliation my grant for Financial hardship sat for 18 Days so my lights water got shut off and I got evicted

2. If you are claiming that the discriminatory conduct occurred at a different location than the address provided for Defendant, please provide the following information:

_____
(Street Address) (City/County) (State) (Zip Code)

3. When did the discrimination occur? Please give the date or time period:

_____

## ADMINISTRATIVE PROCEDURES

4. Did you file a charge of discrimination against Defendant(s) with the Kansas State Division of Human Rights or the Kansas State Commission on Human Rights?

☑ Yes    Date filed: 9-22-2020
☐ No

5. Did you file a charge of discrimination against Defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☑ Yes    Date filed: 9-22-20
☐ No

6. Have you received a Notice of Right-to-Sue Letter?
☑ Yes  ☐ No
If yes, please attach a copy of the letter to this complaint.

7. If you are claiming *age discrimination*, check one of the following:

☐ 60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.
☒ fewer than 60 days have passed since I filed my charge of age discrimination with

2

the Equal Employment Opportunity Commission

## NATURE OF THE CASE

8. The conduct complained of in this lawsuit involves (check only those that apply):
   - [ ] failure to hire me
   - [ ] termination of my employment
   - [ ] failure to promote me
   - [ ] failure to accommodate my disability
   - [ ] terms and conditions of my employment differ from those of similar employees
   - [x] retaliation
   - [x] harassment
   - [ ] reduction in wages
   - [ ] other conduct (specify):

   _____

   _____

   _____

   Did you complain about this same conduct in your charge of discrimination?

   [x] Yes    [ ] No

9. I believe that I was discriminated against because of (check all that apply):
   - [x] my race or color, which is African American
   - [ ] my religion, which is _____
   - [x] my national origin, which is African American
   - [ ] my gender, which is [ ] male; [ ] female
   - [x] my disability or perceived disability, which is _____
   - [x] my age (my birth year is: ~~1968~~)
   - [ ] other: _____

   Did you state the same reason(s) in your charge of discrimination?
   [x] Yes    [ ] No

10. State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful. It is not necessary to make legal arguments, or to cite cases or statutes.

    Dustin Steenbock material Request order after mine on 12-24-19 10:55 a.m. and got order before mine. In put a material request order in on 12-22-2019 at 9:15 Am

    3

¶

I Requested a tool bag on 11-10-2019 at 8:32 a.m. like the rest of my coworkers have. I never received one the hole time i was in the department. My supervisor Russel Ames told me It was being ordered. I was set up for failure cause in a hostaile envivment with all older white americans, that were fan of we. Russel ames was following me and my daughter on Feb.1 2019 at 8:45 p.m. from bockers on 21st & Belle + 29th & fairlown untill i pulled off in a parking lot, and colled my daughers mom together outof the car cause he was showing a worker a picture of a ak-47 it was all black a couple day before so i was feared for my life.

On 2-11-2020 from 2:30-3:15 I talked with micheal Kemper about the past events that hoppened to me from 11-10-19 to 2-10-2020 I asked what are the compenstion guide lines for the actions he said my pay Rate was may compension. I stated stuttering and he coved his face with a piece of paper. I told him I didnt feel comftable and wansted someone to speak for me. He said he didnt have time and asked who i was never given accommodation for my disability.

Ruben Bennett Requested material
a Blackstone stripping desk SR&#0808375 an 12-11-19
at 1:33 a.m. It was order on ~~to~~ I Requested
material Sally ~~tape~~ walk tape on SR&# 5113/5937
Steve Preston Requested material Dock lock shocks ~~to~~ on SR&# 338-018
1-22-2020 at 11:20 P.M I order the same thing on
1-20-2020 at 7:11 a.m. it was no order. all of
The employer In my department are white american
and Their material always got order. Mine never got order.

(Attach additional sheets as necessary).

11. The acts set forth in paragraph 10 of this complaint:
    ☐ are still being committed by Defendant.
    ☐ are no longer being committed by Defendant.
    ☐ may still be being committed by Defendant.

12. Plaintiff:
    ☐ still works for Defendant
    ☑ no longer works for Defendant or was not hired

13. If this is a *disability-related claim*, did Defendant deny a request for a reasonable accommodation?
    ☐ Yes   ☑ No

    Explain: I said I didn't feel comfotable talking & want someone to speak on my behalf/ for me

## REQUEST FOR RELIEF

As relief from the allegations of discrimination as stated above, Plaintiff prays that the court grant the following relief to Plaintiff: (check any and all that apply)
☐ Defendant be directed to employ Plaintiff
☐ Defendant be directed to re-employ Plaintiff
☑ Defendant be directed to promote Plaintiff Beco denid promote so support 2 times
☐ Defendant be directed to _____

4

- [ ] Injunctive relief (please explain): _____
- [x] Monetary damages (please explain): _____
- [x] Costs and fees involved in litigating this case
- [x] As additional relief to make Plaintiff whole, Plaintiff

seeks: 1. 120K For being forced to move Due to Roomer Faud
2. 13 millon For * damage

and such other relief as may be appropriate, including attorney's fees, if applicable.

Signed this 17 day of December, 2020.

_Peter Dawson_
Signature of Plaintiff

Peter Dawson
Name (Print or Type)

608 se 12th Steet
Address

Topeka, Kansas, 66607
City State Zip Code

785-730-4895
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates { [ ] Wichita, [ ] Kansas City, [x] Topeka}, Kansas as the location for the trial in
(Select One Location)
this matter.

_Peter Dawson_
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury.  [x] Yes    [ ] No
(Select One)

_Peter Dawson_
Signature of Plaintiff

Dated: 12-17-20
(Rev. 2/15)

5

Kansas Human Rights Commission

EEOC Form 5 (11/09)

Docket No. 42386-21

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br><br>563-2020-01196 |
|---|---|---|

**KANSAS HUMAN RIGHTS COMMISSION** and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone | Year of Birth |
|---|---|---|
| MR. PETER J DAWSON | (785) 730-4895 | |

| Street Address | City, State and ZIP Code |
|---|---|
| 2909 SE COLORADO AVE., SHAWNEE, TOPEKA, KS 66605 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| HOME DEPOT | 15 - 100 | (785) 559-8177 |

| Street Address | City, State and ZIP Code |
|---|---|
| 5200 SW WENGER DRIVE, TOPEKA, KS 66609 | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☒ RACE  ☒ COLOR  ☐ SEX  ☐ RELIGION  ☒ NATIONAL ORIGIN
☐ RETALIATION  ☐ AGE  ☒ DISABILITY  ☐ GENETIC INFORMATION
☐ OTHER (*Specify*)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 11-10-2019    Latest: 04-20-2020
☐ CONTINUING ACTION

THE PARTICULARS ARE (*If additional paper is needed, attach extra sheet(s)*):

I was hired on July 13, 2017 as a General Maintenance Associate. I am a person with a known disability. In July 2019, I was reassigned to the maintenance department. I am the only African American employee in my department. I have been harassed and treated differently in the terms and conditions of my employment. On November 10, 2020, I mentioned something to my supervisor about getting a tool bag. My supervisor advised me the tool bags were ordered. All the similarly situated white employees who began around the same time have been given tool bags. On December 23, 2019, I requested supplies that I needed to perform the essential functions of my job. The supplies I requested were not ordered. All the similarly situated white employees' supplies are ordered and distributed to them. I complained to human resources about not receiving a tool bag, and I was told the bag would be ordered. To date, I have not received a tool bag. As a result of not having the proper tools at my disposal such as my white co-workers who have their assigned tool bags, I have to search for the tools I need which slows down production. As a result, I was given a 'needs improvement' evaluation, even though I was not given the tools and/or supplies needed to

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Peter Dawson on 09-22-2020 06:00 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

| | Kansas Human Rights Commission |
|---|---|
| EEOC Form 5 (11/09) | Docket No. 42386-21 |

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>563-2020-01196 |
|---|---|---|
| **KANSAS HUMAN RIGHTS COMMISSION** | | and EEOC |
| *State or local Agency, if any* | | |

perform my assigned job tasks. I have also been treated differently because of my disability, when I speak to my supervisor, he makes me feel as though I do not know how to express myself. In March 2020, I complained to management about not feeling safe in my work environment because of the employees in my department not using proper hygiene. I was told, if I did not continue to work in my department, I would be discharged. I complained to corporate human resources and I was allowed to change my department without being discharged.

I believe that I have been harassed, treated differently in the terms and conditions of my employment and my job has been threatened on several occasions because of my race/color, black, national origin, African American and disability, in violation of Title VII of the Civil Rights Act of 1964, as amended and the Americans with Disabilities Act Amendments Act of 2008, (ADAAA).

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Peter Dawson on 09-22-2020 06:00 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*)<br><br>FILED<br>SEP 23 2020 |

EEOC Form 161 (11/16)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Peter J. Dawson
    2909 SE Colorado Ave.
    Topeka, KS 66605

From: Kansas City Area Office
    Gateway Tower II
    400 State Avenue, Suite 905
    Kansas City, KS 66101

[ ] *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 563-2020-01196 | Faye Watts, Investigator | (913) 340-8825 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

**- NOTICE OF SUIT RIGHTS -**
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission,

Alfred C. Kirk Jr.
*Digitally signed by Alfred C. Kirk Jr., Kansas City Area Office, ou=Supervisory Investigator (Enforcement Supervisor), email=Alfred.kirk@eeoc.gov, c=US*
*Date: 2020.11.03 10:20:07 -06'00'*

November 3, 2020

Enclosures(s)     For: Natascha Deguire, Area Office Director     *(Date Mailed)*

cc: HOME DEPOT
Deidra Maloyed
EEO Compliance Manager
2455 Paces Ferry Road., C-21
Atlanta, GA 30339

Enclosure with EEOC
Form 161 (11/16)

# INFORMATION RELATED TO FILING SUIT
## UNDER THE LAWS ENFORCED BY THE EEOC

*(This information relates to filing suit in Federal or State court under Federal law.
If you also plan to sue claiming violations of State law, please be aware that time limits and other
provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS** -- **Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days** of the date you *receive* this Notice. Therefore, you should **keep a record of this date**. Once this 90-day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later.

Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Courts often require that a copy of your charge must be attached to the complaint you file in court. If so, you should remove your birth date from the charge. Some courts will not accept your complaint where the charge includes a date of birth. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS** -- **Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 – *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION** -- **Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE** -- **All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

*IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE.*

**NOTICE OF RIGHTS UNDER THE ADA AMENDMENTS ACT OF 2008 (ADAAA):** The ADA was amended, effective January 1, 2009, to broaden the definitions of disability to make it easier for individuals to be covered under the ADA/ADAAA. A disability is still defined as (1) a physical or mental impairment that substantially limits one or more major life activities (actual disability); (2) a record of a substantially limiting impairment; or (3) being regarded as having a disability. *However, these terms are redefined, and it is easier to be covered under the new law.*

**If you plan to retain an attorney to assist you with your ADA claim, we recommend that you share this information with your attorney and suggest that he or she consult the amended regulations and appendix, and other ADA related publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.**

**"Actual" disability or a "record of" a disability (note: if you are pursuing a failure to accommodate claim you must meet the standards for either "actual" or "record of" a disability):**

- **The limitations from the impairment no longer have to be severe or significant** for the impairment to be considered substantially limiting.
- In addition to activities such as performing manual tasks, walking, seeing, hearing, speaking, breathing, learning, thinking, concentrating, reading, bending, and communicating (more examples at 29 C.F.R. § 1630.2(i)), **"major life activities" now include the operation of major bodily functions,** such as: functions of the immune system, special sense organs and skin; normal cell growth; and digestive, genitourinary, bowel, bladder, neurological, brain, respiratory, circulatory, cardiovascular, endocrine, hemic, lymphatic, musculoskeletal, and reproductive functions; or the operation of an individual organ within a body system.
- **Only one** major life activity need be substantially limited.
- With the exception of ordinary eyeglasses or contact lenses, **the beneficial effects of "mitigating measures"** (e.g., hearing aid, prosthesis, medication, therapy, behavioral modifications) **are not considered** in determining if the impairment substantially limits a major life activity.
- An impairment that is **"episodic"** (e.g., epilepsy, depression, multiple sclerosis) or **"in remission"** (e.g., cancer) is a disability if it **would be substantially limiting when active**.
- An impairment **may be substantially limiting even though** it lasts or is expected to last **fewer than six months**.

**"Regarded as" coverage:**
- An individual can meet the definition of disability if an **employment action was taken because of an actual or perceived impairment** (e.g., refusal to hire, demotion, placement on involuntary leave, termination, exclusion for failure to meet a qualification standard, harassment, or denial of any other term, condition, or privilege of employment).
- "Regarded as" coverage under the ADAAA no longer requires that an impairment be substantially limiting, or that the employer perceives the impairment to be substantially limiting.
- The employer has a defense against a "regarded as" claim only when the impairment at issue is objectively *BOTH* transitory (lasting or expected to last six months or less) *AND* minor.
- A person is not able to bring a failure to accommodate claim *if* the individual is covered only under the "regarded as" definition of "disability."

*Note: Although the amended ADA states that the definition of disability "shall be construed broadly" and "should not demand extensive analysis," some courts require specificity in the complaint explaining how an impairment substantially limits a major life activity or what facts indicate the challenged employment action was because of the impairment. Beyond the initial pleading stage, some courts will require specific evidence to establish disability.* For more information, consult the amended regulations and appendix, as well as explanatory publications, available at http://www.eeoc.gov/laws/types/disability_regulations.cfm.

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>563-2020-01196 |
|---|---|---|

**KANSAS HUMAN RIGHTS COMMISSION** and EEOC
*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)*<br>**MR. PETER J DAWSON** | Home Phone<br>**(785) 730-4895** | Year of Birth |
|---|---|---|

Street Address / City, State and ZIP Code
**2909 SE COLORADO AVE., SHAWNEE, TOPEKA, KS 66605**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**HOME DEPOT** | No. Employees, Members<br>**15 - 100** | Phone No.<br>**(785) 559-8177** |
|---|---|---|

Street Address / City, State and ZIP Code
**5200 SW WENGER DRIVE, TOPEKA, KS 66609**

| Name | No. Employees, Members | Phone No. |
|---|---|---|

Street Address / City, State and ZIP Code

DISCRIMINATION BASED ON *(Check appropriate box(es).)*

☒ RACE ☒ COLOR ☐ SEX ☐ RELIGION ☒ NATIONAL ORIGIN
☐ RETALIATION ☐ AGE ☒ DISABILITY ☐ GENETIC INFORMATION
☐ OTHER *(Specify)*

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: **11-10-2019**   Latest: **04-20-2020**
☐ CONTINUING ACTION

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I was hired on July 13, 2017 as a General Maintenance Associate. I am a person with a known disability. In July 2019, I was reassigned to the maintenance department. I am the only African American employee in my department. I have been harassed and treated differently in the terms and conditions of my employment. On November 10, 2020, I mentioned something to my supervisor about getting a tool bag. My supervisor advised me the tool bags were ordered. All the similarly situated white employees who began around the same time have been given tool bags. On December 23, 2019, I requested supplies that I needed to perform the essential functions of my job. The supplies I requested were not ordered. All the similarly situated white employees' supplies are ordered and distributed to them. I complained to human resources about not receiving a tool bag, and I was told the bag would be ordered. To date, I have not received a tool bag. As a result of not having the proper tools at my disposal such as my white co-workers who have their assigned tool bags, I have to search for the tools I need which slows down production. As a result, I was given a 'needs improvement' evaluation, even though I was not given the tools and/or supplies needed to

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

**Digitally signed by Peter Dawson on 09-22-2020 06:00 PM EDT**

NOTARY – *When necessary for State and Local Agency Requirements*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
*(month, day, year)*

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 563-2020-01196 |

KANSAS HUMAN RIGHTS COMMISSION                                  and EEOC
*State or local Agency, if any*

perform my assigned job tasks. I have also been treated differently because of my disability, when I speak to my supervisor, he makes me feel as though I do not know how to express myself. In March 2020, I complained to management about not feeling safe in my work environment because of the employees in my department not using proper hygiene. I was told, if I did not continue to work in my department, I would be discharged. I complained to corporate human resources and I was allowed to change my department without being discharged.

I believe that I have been harassed, treated differently in the terms and conditions of my employment and my job has been threatened on several occasions because of my race/color, black, national origin, African American and disability, in violation of Title VII of the Civil Rights Act of 1964, as amended and the Americans with Disabilities Act Amendments Act of 2008, (ADAAA).

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Peter Dawson on 09-22-2020 06:00 PM EDT** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1. FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

**2. AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3. PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4. ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5. WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

## NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

## NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an

investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.